**Order entered August 1, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00248-CR

### CARLOS DANIEL PADILLA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-59454-U**

## ORDER

The clerk's record, filed on June 27, 2018, shows appellant is indigent. The reporter's record was due on June 19, 2018. When it was not filed, we notified court reporter Sasha Brooks by postcard dated June 21, 2018 that the record was overdue and directed her to file, by July 21, 2018, (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant had not requested the reporter's record be prepared. *See* TEX. R. APP. P. 35.3(b). To date, the reporter's record has not been filed and we have had no communication from Ms. Brooks.

We **ORDER** the reporter's record filed within **TWENTY DAYS** of the date of this order. We caution Ms. Brooks that the failure to do so will result in the Court taking whatever

remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Sasha Brooks, official court reporter, 291st Judicial District Court; and to counsel for all parties.


/s/     LANA MYERS
          JUSTICE